Richard F. Ensor (10877)
Evan Strassberg (8279)
VANTUS LAW GROUP, P.C.
3165 East Millrock Drive, Suite 160
Salt Lake City, Utah 84121
Telephone: (801) 833-0506
Facsimile: (801) 931-2500

Attorneys for Plaintiffs Varilease Finance, Inc. and Somerset Leasing Corp. XIV

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| VARILEASE FINANCE, INC., a Michigan Corporation, and SOMERSET LEASING CORP. XIV, a Connecticut Corporation,<br><br>    Plaintiffs,<br><br>vs.<br><br>BLUESTONE INDUSTRIES, INC., a Delaware Corporation, et al.,<br><br>    Defendants. | **NOTICE OF DISMISSAL WITH PREJUDICE**<br><br>Civil No. 2:11-cv-915<br><br>Judge Tena Campbell |

Plaintiffs Varilease Finance, Inc. and Somerset Leasing Corp. XIV ("Plaintiffs"), by and through their undersigned counsel of record, hereby provide notice of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a) dismissing Plaintiffs' claims against Defendants with prejudice.

RESPECTFULLY SUBMITTED this 9th day of December 2011.

                                          VANTUS LAW GROUP, P.C.


                                            /s/ Richard F. Ensor
                                        Attorneys for Plaintiff Varilease Finance, Inc. and Somerset Leasing Corp. XIV